```
PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
        Office of the General Counsel
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        Telephone: (877) 833-2445
        E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA REGINA HUNTER,<br><br>       Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>       Defendant. | Case No.: 2:23-cv-01646-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended sixty (60) days from December 4, 2023, up to and including February 5, 2024. This is the Defendant's first request for an extension.

Defendant requests this extension in order to further consider the nearly 1,300 page administrative record in light of the issues raised in Plaintiff's motion. The undersigned has a number of competing deadlines in cases pending in this district and other districts.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 20, 2023    /s/ *Francesco Benavides**
(*as authorized via e-mail on November 20, 2023)
FRANCESCO P. BENAVIDES
Attorney for Plaintiff

Dated: November 20, 2023    PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:    /s/ *Erin A. Jurrens*
ERIN A. JURRENS
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 5, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  November 20, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE